No. 00–5443. MOORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5444. NOLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5445. MATTHEWS v. BROWN ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5447. MARQUEZ-GALLEGOS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–5450. LEGNINE v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 00–5453. ARANDA-TERCERO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 00–5454. STEMPLE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–5455. TIDWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–5457. ARANGO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–5458. CLARKE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5459. TREVINO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5460. CAMPBELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5461. CHILDS v. SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–5462. LOPEZ v. WARDEN, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–5464. MACKOVICH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.